JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RONALD MICHAEL ISKENDERIAN, et al. | ) | |
|---|---|---|
| Plaintiff, | ) | |
| -v- | ) | Case No. SACV 12-00286-DOC(Ex) |
| JPMORGAN CHASE BANK, etc., et al. | ) | ORDER OF DISMISSAL |
| Defendants. | ) | |

The Court having issued an Order to Show Cause re Lack of Prosecution as to remaining defendant Federal Deposit Insurance Corporation and no response or answer having been filed,

IT IS HEREBY ORDERED that this action is dismissed without prejudice as to defendant Federal Deposit Insurance Corporation.

DATED: June 19, 2012

_____
DAVID O. CARTER
United States District Judge